1036

*In the Matter of the Dependency of* P.D.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. SAMIRA MALJANOVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-7-00852-6, Palmer Robinson, J., entered August 14, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Appelwick, JJ.

ARIKA PRINCE, *Respondent*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-42897-1, Patrick H. Oishi, J., entered December 15, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Dwyer, JJ.

JOHN PHILLIP HALL, *Appellant*, v. JP MORGAN CHASE BANK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-04290-2, George F.B. Appel, J., entered December 15, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Leach and Trickey, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW DAVID AHO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00546-3, Beverly G. Grant, J., entered September 14, 2012. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.